**SEALED**

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JUSTIN L. LEE |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | (916) 554-2700 |

**FILED**

JUN 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:14-CR-0164 KJM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. |
| | ) | § 922(a)(1)(A) - Unlawful |
| v. | ) | Manufacturing and Dealing in |
| | ) | Firearms; 18 U.S.C. §§ 922(g)(9) |
| DANIEL ALBERT CROWNINSHIELD, | ) | and 924(a)(2) - Possession of a |
| | ) | Firearm by a Prohibited Person; 18 |
| Defendant. | ) | U.S.C. § 922(o) - Unlawful |
| | ) | Possession of a Machinegun; 26 |
| | ) | U.S.C. § 5861(d) - Possession of |
| | ) | an Unregistered Firearm |
| | ) | (3 Counts); 18 U.S.C. § 924(d)(1); |
| | ) | 26 U.S.C. § 5872; 28 U.S.C. |
| | ) | § 2461(c); and 49 U.S.C. § 80303 - |
| | ) | Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE:    [18 U.S.C. § 922(a)(1)(A) - Unlawful Manufacturing and Dealing in Firearms]

The Grand Jury charges:  T H A T

DANIEL ALBERT CROWNINSHIELD,

defendant herein, beginning on or about April 3, 2013, and continuing until on or about October 9, 2013, in Sacramento County, State and Eastern District of California and elsewhere, not being a licensed manufacturer and dealer of firearms as described in Title 18, United

1

States Code, Section 923, did willfully engage in the business of manufacturing and dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO:    [18 U.S.C. §§ 922(g)(9) and 924(a)(2) – Possession of a Firearm by a Prohibited Person]

The Grand Jury further charges:  T H A T

DANIEL ALBERT CROWNINSHIELD,

defendant herein, on or about October 9, 2013, in Sacramento County, State and Eastern District of California, having been convicted of a misdemeanor crime of domestic violence, namely:

1. Infliction of Corporal Injury on Spouse, in violation of California Penal Code § 273.5, on or about August 31, 2000, in Alameda County Superior Court;
2. Infliction of Corporal Injury on Spouse, in violation of California Penal Code § 273.5, on or about January 30, 2001, in Alameda County Superior Court;

did knowingly possess a firearm, that is,

(1) a Walther, Model P22, .22-caliber pistol, serial number L005486;

(2) a Walther, Model P22, .22-caliber pistol, serial number L367248;

(3) a Ruger, Model SR-22, .22-caliber pistol, serial number 360-35799;

in and affecting interstate commerce, in that said firearms had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

///

///

2

COUNT THREE:           [18 U.S.C. § 922(o) - Unlawful Possession of a Machinegun]

The Grand Jury further charges:  T H A T

DANIEL ALBERT CROWNINSHIELD,

defendant herein, on or about October 9, 2013, in Sacramento County, State and Eastern District of California, did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), as identified more fully below:

| Make    | Model    | Serial #    | Item # |
|---------|----------|-------------|--------|
| Unknown | M16-type | No Serial # | 428    |
| Unknown | M16-type | No Serial # | 429    |
| Unknown | AK-47    | No Serial # | 454    |

all in violation of Title 18, United States Code, Section 922(o).

COUNTS FOUR THROUGH SIX:     [26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm]

The Grand Jury further charges:  T H A T

DANIEL ALBERT CROWNINSHIELD,

defendant herein, on or about October 9, 2013, in Sacramento County, State and Eastern District of California, did knowingly possess a firearm not registered to him in the National Firearms Registration and Transfer Record, as identified more fully below:

| Count | Make    | Model    | Serial #    | Item # |
|-------|---------|----------|-------------|--------|
| 4     | Unknown | M16-type | No Serial # | 428    |
| 5     | Unknown | M16-type | No Serial # | 429    |
| 6     | Unknown | AK-47    | No Serial # | 454    |

3

1 | in violation of Title 26, United States Code, Section 5861(d).

2 | <u>FORFEITURE ALLEGATION</u>: [18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28
3 | U.S.C. § 2461(c); and 49 U.S.C. § 80303- Criminal Forfeiture]

4 |     1.   Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant DANIEL ALBERT CROWNINSHIELD shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses, including but not limited to:

    a.   Ruger SR-22 pistol, 22 caliber, Serial Number: 36035799,
    b.   Walther P22 pistol, 22 caliber, Serial Number: L367248,
    c.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000793),
    d.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000798),
    e.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000799),
    f.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000800),
    g.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000801),
    h.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000803),
    i.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000804),
    j.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000813),
    k.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000816),
    l.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000820),
    m.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000824),
    n.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000825),
    o.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000826),
    p.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000827),
    q.   Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: AE3243 (14-ATF-000830),
    r.   18750 Rounds of Assorted Ammunition, caliber: unknown,

     (14-ATF-000847),
- s. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000850),
- t. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000854),
- u. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000858),
- v. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 294727 (14-ATF-000873),
- w. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000881),
- x. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000889),
- y. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: unknown (14-ATF-000891),
- z. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000892),
- aa. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000893),
- bb. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000895),
- cc. 809 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000897),
- dd. 3125 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000898),
- ee. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 1292989527-1 (14-ATF-000899),
- ff. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000900),
- gg. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000901),
- hh. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-001941),
- ii. 6 Rounds of Assorted Ammunition, caliber: 12 (14-ATF-001099),
- jj. 180 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001221),
- kk. 650 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001226),
- ll. 140 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001228),
- mm. 2000 Component Assorted Ammunition, caliber: unknown (14-ATF-001231),
- nn. 908 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001232),
- oo. 1985 Rounds of Assorted Ammunition, caliber: 22 (14-ATF-001234),
- pp. 80 Rounds of Assorted Ammunition, caliber: 81 (14-ATF-001235),
- qq. 270 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001238),
- rr. 624 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001239),
- ss. 1558 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001241),
- tt. 5000 Component Assorted Ammunition, caliber: unknown

|   |     |                                                                        |
|---|-----|------------------------------------------------------------------------|
|   |     | (14-ATF-001242),                                                       |
|   | uu. | 966 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001243),   |
|   | vv. | 190 Rounds of Assorted Ammunition, caliber: 223 (14-ATF-001245),       |
|   | ww. | 1359 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001247),  |
|   | xx. | 8 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001248),           |
|   | yy. | 6 Rounds of Assorted Ammunition, caliber: 12 (14-ATF-001250),          |
|   | zz. | 350 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001251), and     |
|   | aaa.| 5 Component Assorted Ammunition, caliber: unknown (14-ATF-001252).    |

2. Upon conviction of one or more of the offenses alleged in Counts Four through Six of this Indictment, defendant DANIEL ALBERT CROWNINSHIELD shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303, any firearms involved in the commission of the offenses; any property used, or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses, including but not limited to:

- a. Ruger SR-22 pistol, 22 caliber, Serial Number: 36035799,
- b. Walther P22 pistol, 22 caliber, Serial Number: L367248,
- c. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000793),
- d. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000798),
- e. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000799),
- f. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000800),
- g. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000801),
- h. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000803),
- i. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000804),
- j. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000813),
- k. Unknown Manufacturer Unknown Rifle, caliber: unknown,

6

        S/N: none (14-ATF-000816),
- l. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000820),
- m. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000824),
- n. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000825),
- o. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000826),
- p. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000827),
- q. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: AE3243 (14-ATF-000830),
- r. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000850),
- s. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000854),
- t. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000858),
- u. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 294727 (14-ATF-000873),
- v. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000881),
- w. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000889),
- x. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: unknown (14-ATF-000891),
- y. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000892),
- z. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000893),
- aa. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000895),
- bb. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 1292989527-1 (14-ATF-000899),
- cc. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000900),
- dd. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000901),
- ee. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-001941),
- ff. 1990 Matsura C & C Machine, Model: MC-510V, Serial Number: 900208118,
- gg. 1985 Matsura C & C Machine, Model: MC-510V2, Serial Number: 85065087,
- hh. Heavy Machinery Rockwell Delta 15-665, Serial Number: 1421443, and
- ii. Heavy Machinery Bridgeport Series 1, Serial Number: 74340-2.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Six of this Indictment, for which the defendant is convicted:

7

   a.   cannot be located upon the exercise of due diligence;
   b.   has been transferred or sold to, or deposited with, a third party;
   c.   has been placed beyond the jurisdiction of the Court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

_____
FOREPERSON

*Benjamin Wagner* (signature)

BENJAMIN B. WAGNER
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**THE UNITED STATES OF AMERICA**

vs.

DANIEL ALBERT CROWNINSHIELD

# INDICTMENT

**VIOLATION(S):**

18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms;
18 U.S.C. §§ 922(g)(9) and 924(a)(2) – Possession of a Firearm by a Prohibited Person;
18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun (3 Counts);
26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (3 Counts);
18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303- Criminal Forfeiture

*A true* bill,    **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* __12__ *day of* __June__, *A.D. 20* __14__

_____
*Clerk.*

**NO BAIL WARRANT**

*Bail, $* _____

PENALTY SLIP

United States v. DANIEL ALBERT CROWNINSHIELD

COUNT ONE:	18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms

Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years

COUNT TWO:	18 U.S.C. § 922(g) – Possession of a Firearm by a Prohibited Person

Fine of up to $250,000, and/or
Imprisonment of up to 10 years, or both
Term of Supervised Release of up to 3 years

COUNT THREE:	18 U.S.C. § 922(o) – Possession of a Machinegun

Fine of up to $250,000, and/or
Imprisonment of up to 10 years, or both
Term of Supervised Release of up to 3 years

COUNTS FOUR - SIX:	26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

Fine of up to $10,000, and/or
Imprisonment of up to 10 years, or both
Term of Supervised Release of up to 3 years

COURT ASSESSMENT:  $100 (each count)