SEALED

BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUN 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL ALBERT CROWNINSHIELD,

Defendant.

CASE NO. 2:14-CR-0164 KJM

[PROPOSED] ORDER TO SEAL

(UNDER SEAL)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JUSTIN L. LEE to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 6-12-2014

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT         1