BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ALBERT CROWNINSHIELD,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-CR-00164-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 31, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for status on July 31, 2014.

2.　By this stipulation, defendant now moves to continue the status conference until September 25, 2014, at 9:30 a.m., and to exclude time between July 31, 2014, and September 25, 2014, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes twelve CDs – including investigative reports, photographs, and several hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

1

b) Counsel for defendant desires additional time to consult with his client, review the discovery, conduct investigation and research related to the charges in this case, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2014 to September 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated: July 28, 2014         BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ JUSTIN L. LEE
                              JUSTIN L. LEE
                              Assistant United States Attorney

Dated: July 28, 2014         /s/ DAN BRACE
                              DAN BRACE
                              Counsel for Defendant
                              Daniel Albert Crowninshield

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of July, 2014.

                                              /s/ Troy L. Nunley
                                              Troy L. Nunley
                                              United States District Judge