DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Daniel Crowninshield

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DANIEL CROWNINSHIELD,<br><br>                    Defendant | Case No.: 2:14-CR-00164 TLN<br><br>STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Daniel Crowninshield, the following conditions be ordered:

Daniel Crowninshield has been on pretrial supervision since June 20, 2014. He has successfully completed more than five months on the Location Monitoring program curfew.  His random drug tests have been negative, he has been attending individual substance abuse counseling as directed, is halfway through the Moral Reconation Program and he has not incurred any curfew violations.

At the request of Pretrial Services Officer, Renee Basurto, it is respectfully recommended that the following special conditions be removed:

13.   You shall participate in the following location monitoring program component and abide by all the requirements of the program, which include having a location monitoring unit

Stipulation and Order - 1

installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

      14.    CURFEW: You are restricted to your residence every day from 8pm to 7am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Pretrial Services and Assistant United States Attorney Justin Lee do not oppose this modification.

All other terms and conditions of pretrial release previously imposed remain in effect.

Attached are the new terms and conditions as provided by Pretrial Services.

Respectfully Submitted

Dated this 25th day of November, 2014    By: __/s/ Danny D. Brace, Jr,__
    DANNY D. BRACE, JR.,
    Attorney for Daniel Crowninshield

By: __/s/ Justin Lee__
Authorized to Sign for Justin Lee on November 25, 2014
JUSTIN LEE
Attorney for the United States

IT IS SO ORDERED:

__Allison Claire__
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order - 2