1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00164-TLN |
|---|---|---|
| 12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| 13 | v. | |
| 14 | DANIEL ALBERT CROWNINSHIELD, | DATE: December 18, 2014 |
| 15 | Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.   By previous order, this matter was set for status on December 18, 2014.

21       2.   By this stipulation, defendant now moves to continue the status conference

22  until January 29, 2015, at 9:30 a.m., and to exclude time between December 18, 2014, and

23  January 29, 2015, under Local Code T4.

24       3.   The parties agree and stipulate, and request that the Court find the

25  following:

26            a)   The government has represented that the discovery associated with

27       this case includes twelve CDs – including investigative reports, photographs, and

28       several hours of audio and video recordings. All of this discovery has been either

---

STIPULATION REGARDING EXCLUDABLE TIME         1
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

produced directly to counsel and/or made available for inspection and copying.

    b)    Counsel for defendant desires additional time to consult with his client, review the discovery, conduct investigation and research related to the charges in this case, and otherwise prepare for trial.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 18, 2014 to January 29, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated:  December 12, 2014      BENJAMIN B. WAGNER
    United States Attorney

    /s/ JUSTIN L. LEE
    JUSTIN L. LEE
    Assistant United States Attorney

Dated:  December 12, 2014      /s/ DAN BRACE
    DAN BRACE
    Counsel for Defendant
    Daniel Albert Crowninshield

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of December, 2014.

_____
Troy L. Nunley
United States District Judge