PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
MATTHEW M. YELOVICH
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ALBERT CROWNINSHIELD,<br><br>Defendant. | 2:14-CR-00164-TLN<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Daniel Albert Crowninshield, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), defendant Daniel Albert Crowninshield's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000793),
    b.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000798),
    c.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000799),
    d.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000800),

e. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000801),
f. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000803),
g. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000804),
h. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000813),
i. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000816),
j. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000820),
k. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000824),
l. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000825),
m. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000826),
n. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000827),
o. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: AE3243 (14-ATF-000830),
p. 18750 Rounds of Assorted Ammunition, caliber: unknown, (14-ATF-000847),
q. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000850),
r. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000854),
s. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000858),
t. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 294727 (14-ATF-000873),
u. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000881),
v. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000889),
w. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: unknown (14-ATF-000891),
x. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000892),
y. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000893),
z. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000895),
aa. 809 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000897),
bb. 3125 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000898),
cc. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 1292989527-1 (14-ATF-000899),
dd. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000900),
ee. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000901),
ff. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-001941),
gg. 180 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001221),
hh. 650 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001226),

|     |     |
| --- | --- |
| ii. | 140 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001228), |
| jj. | 2000 Component Assorted Ammunition, caliber: unknown (14-ATF-001231), |
| kk. | 908 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001232), |
| ll. | 1985 Rounds of Assorted Ammunition, caliber: 22 (14-ATF-001234), |
| mm. | 80 Rounds of Assorted Ammunition, caliber: 81 (14-ATF-001235), |
| nn. | 270 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001238), |
| oo. | 624 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001239), |
| pp. | 1558 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001241), |
| qq. | 5000 Component Assorted Ammunition, caliber: unknown (14-ATF-001242), |
| rr. | 966 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001243), |
| ss. | 190 Rounds of Assorted Ammunition, caliber: 223 (14-ATF-001245), |
| tt. | 1359 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001247), |
| uu. | 8 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001248), |
| vv. | 6 Rounds of Assorted Ammunition, caliber: 12 (14-ATF-001250), |
| ww. | 350 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001251), |
| xx. | 5 Component Assorted Ammunition, caliber: unknown (14-ATF-001252), |
| yy. | 1990 Matsura C & C Machine, Model: MC-510V, Serial Number: 900208118, |
| zz. | 1985 Matsura C & C Machine, Model: MC-510V2, Serial Number: 85065087, |
| aaa. | Heavy Machinery Rockwell Delta 15-665, Serial Number: 1421443, and |
| bbb. | Heavy Machinery Bridgeport Series 1, Serial Number: 74340-2. |

2. The above-listed property constitutes firearms and ammunition involved in or used in the knowing or willful commission of a violation of 18 U.S.C. § 922(a)(1)(A), or were used, or intended to be used in the commission of a violation of 26 U.S.C. § 5861(d).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

Preliminary Order of Forfeiture

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6. Within sixty (60) days from entry of a Final Order of Forfeiture forfeiting the above-listed property and submission of the Law Enforcement Gun Release Application and any associated fees to the California Department of Justice Bureau of Firearms, the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall return the following to Cindy Crowninshield through attorney Dan Brace:

      a. Ruger SR-22 pistol, 22 caliber, Serial Number: 36035799, and

      b. Walther P22 pistol, 22 caliber, Serial Number: L367248.

SO ORDERED this 20th day of May, 2016.

_____
Troy L. Nunley
United States District Judge

4

Preliminary Order of Forfeiture