DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14-CR-00164 TLN |
| | ) |
| Plaintiff, | )  STIPULATION AND ORDER TO |
| | ) CONTINUE JUDGMENT AND |
| vs. | ) SENTENCING AND MODIFICATION OF |
| | ) SENTENCING SCHEDULE |
| DANIEL CROWNINSHIELD, | ) |
| | ) |
| Defendant | ) |

Plaintiff, United States of America, by and through its counsel of record, and the

defendant DANIEL CROWNINSHIELD, by and through his counsel of record, hereby stipulate

as follows:

1.      By previous order, this matter was set for sentencing on June 30, 2016 at 9:30

a.m.

2.      By this stipulation, the defendant now moves to continue defendant's sentencing

to September 22, 2016, at 9:30 a.m., and to exclude time between June 30, 2016 and September

22, 2016 under Local Code T4.  Plaintiff  and Probation does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Due to other trials and other commitments, by the probation officer and defense

counsel we were unable to coordinate a date for defendant's interview with the probation officer

timely and additional time is needed for Probation to complete the Presentence Report.

b.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government and probation does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2016 to September 22, 2016, at 9:30 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.      The parties stipulate and approve the following sentencing schedule changes:

The proposed Presentence Report shall be disclosed to counsel no later than August 11, 2016;


Counsel's written objections shall be delivered to the Probation Officer and opposing counsel no later than August 25, 2016;

The Presentence Report shall be filed with the Court and disclosed to counsel no later than September 1, 2016;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than September 8, 2016;

Reply, or Statement of Non-Opposition, September 15, 2016; and,

Judgment and Sentencing Date, September 22, 2016.

Dated:  6-8-16

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.,
Attorney for Daniel Crowninshield

Dated:  6-8-16

/s/ Justin Lee
Justin Lee
Assistant United States Attorney
Authorized to sign for Justin Lee
On June 8, 2016

**IT IS SO ORDERED.**

Dated: June 9, 2016

Troy L. Nunley
United States District Judge