1  DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
2  Sacramento, CA  95814
(916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Defendant

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          ) Case No.: 2:14-CR-00164 TLN
                                      )
10                    Plaintiff,       )  *AMENDED * STIPULATION TO
                                      ) CONTINUE JUDGMENT AND
                                      ) SENTENCING AND MODIFICATION OF
11          vs.                        ) SENTENCING SCHEDULE
                                      )
12  DANIEL CROWNINSHIELD,              )
                                      )
13                    Defendant        )

14

15          Plaintiff, United States of America, by and through its counsel of record, and the

16  defendant DANIEL CROWNINSHIELD, by and through his counsel of record, hereby stipulate

17  as follows:

18          1.      By previous order, this matter was set for sentencing on September 22, 2016 at

19  9:30 a.m.

20          2.      By this stipulation, the defendant now moves to continue defendant's sentencing

21  to December 15, 2016, at 9:30 a.m., and to exclude time between September 22, 2016 and

22  December 15, 2016 under Local Code T4.  Plaintiff and Probation does not oppose this request.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24          a.      Due to other trials and other commitments, defense counsel was unable to

25  coordinate a meeting with the defendant to review the Presentence Report and timely file an

                              Stipulation and Order

opposition.

b.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government and probation does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case.

4.      The parties stipulate and approve the following sentencing schedule changes:

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than December 1, 2016;

Reply, or Statement of Non-Opposition, December 8, 2016; and,

Judgment and Sentencing Date, December 15, 2016.

Dated:  9-15-16

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.,
Attorney for Daniel Crowninshield

Dated:  9-15-16

/s/ Justin Lee
Justin Lee
Assistant United States Attorney
Authorized to sign for Justin Lee
On September 15, 2016

**IT IS SO ORDERED**

Dated: September 15, 2016

Troy L. Nunley
United States District Judge