DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>DANIEL CROWNINSHIELD,<br><br>            Defendant | Case No.: 2:14-CR-00164 TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND MODIFICATION OF SENTENCING SCHEDULE |

    Plaintiff, United States of America, by and through its counsel of record, and the defendant DANIEL CROWNINSHIELD, by and through his counsel of record, hereby stipulate as follows:

    1.  By previous order, this matter was set for sentencing on December 15, 2016 at 9:30 a.m.

    2.  By this stipulation, the defendant now moves to continue defendant's sentencing to February 9, 2017, at 9:30 a.m., and to exclude time between December 15, 2016 and February 9, 2017 under Local Code T4.  Plaintiff and Probation does not oppose this request.

    3.  The parties agree and stipulate, and request that the Court find the following:

    a.  Due to other trials and other commitments, defense counsel was unable to coordinate a meeting with the defendant to review the Presentence Report and timely file an

opposition.

  b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government and probation does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case.

  4. The parties stipulate and approve the following sentencing schedule changes:

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than January 26, 2017;

Reply, or Statement of Non-Opposition, February 1, 2017; and,

Judgment and Sentencing Date, February 9, 2017.

Dated:  12-12-16

    /s/ Danny D. Brace, Jr.
    DANNY D. BRACE, JR.,
    Attorney for Daniel Crowninshield

Dated:  12-12-16    /s/ Justin Lee
    Justin Lee
    Assistant United States Attorney
    Authorized to sign for Justin Lee
    On December 12, 2016

**IT IS SO ORDERED**

Dated:  December 12, 2016

_____
Troy L. Nunley
United States District Judge