DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>DANIEL CROWNINSHIELD,<br><br>           Defendant | Case No.: 2:14-CR-00164 TLN<br><br>STIPULATION TO CONTINUE<br>JUDGMENT AND SENTENCING |

   Plaintiff, United States of America, by and through its counsel of record, and the defendant DANIEL CROWNINSHIELD, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for sentencing on February 9, 2017 at 9:30 a.m.

   2. By this stipulation, the defendant now moves to continue defendant's sentencing to February 16, 2017, and to exclude time between February 9, 2017 and February 16, 2017 under Local Code T4.  Plaintiff and Probation does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

   a. Defense counsel is currently in trial in Sacramento County Superior Court and has not had the time to prepare for defendant's sentencing and will be in trial on the date this case is

Stipulation and Order

scheduled for sentencing.

        b.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.      The government and probation does not object to the continuance.

        e.      Based on the above-stated findings, the ends of justice served by continuing the case.

        4.      The parties stipulate that the judgment and sentencing in this case be continued to February 16, 2017 at 9:30 a.m.

Dated:  2-2-17

                                /s/ Danny D. Brace, Jr.
                                DANNY D. BRACE, JR.,
                                Attorney for Daniel Crowninshield

Dated:  2-2-17                      /s/ Justin Lee
                                Justin Lee
                                Assistant United States Attorney
                                Authorized to sign for Justin Lee
                                On February 2, 2017

**IT IS SO ORDERED**

Dated: February 2, 2017

                                Troy L. Nunley
                                United States District Judge