PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-00164-TLN |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| DANIEL ALBERT CROWNINSHIELD, | |
| Defendant. | |

On or about May 23, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between the United States and defendant Daniel Albert Crowninshield forfeiting to the United States the following property:

    a.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000793),
    b.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000798),
    c.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000799),
    d.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000800),
    e.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000801),
    f.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000803),
    g.    Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000804),

h. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000813),
i. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000816),
j. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000820),
k. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000824),
l. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000825),
m. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000826),
n. Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000827),
o. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: AE3243 (14-ATF-000830),
p. 18750 Rounds of Assorted Ammunition, caliber: unknown, (14-ATF-000847),
q. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000850),
r. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000854),
s. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000858),
t. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 294727 (14-ATF-000873),
u. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000881),
v. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000889),
w. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: unknown (14-ATF-000891),
x. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000892),
y. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000893),
z. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000895),
aa. 809 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000897),
bb. 3125 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000898),
cc. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 1292989527-1 (14-ATF-000899),
dd. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000900),
ee. Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000901),
ff. Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-001941),
gg. 180 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001221),
hh. 650 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001226),
ii. 140 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001228),
jj. 2000 Component Assorted Ammunition, caliber: unknown (14-ATF-001231),
kk. 908 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001232),
ll. 1985 Rounds of Assorted Ammunition, caliber: 22 (14-ATF-001234),
mm. 80 Rounds of Assorted Ammunition, caliber: 81 (14-ATF-001235),
nn. 270 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001238),
oo. 624 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001239),

| | | |
|---|---|---|
| pp. | 1558 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001241), |
| qq. | 5000 Component Assorted Ammunition, caliber: unknown (14-ATF-001242), |
| rr. | 966 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001243), |
| ss. | 190 Rounds of Assorted Ammunition, caliber: 223 (14-ATF-001245), |
| tt. | 1359 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001247), |
| uu. | 8 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001248), |
| vv. | 6 Rounds of Assorted Ammunition, caliber: 12 (14-ATF-001250), |
| ww. | 350 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001251), |
| xx. | 5 Component Assorted Ammunition, caliber: unknown (14-ATF-001252), |
| yy. | 1990 Matsura C & C Machine, Model: MC-510V, Serial Number: 900208118, |
| zz. | 1985 Matsura C & C Machine, Model: MC-510V2, Serial Number: 85065087, |
| aaa. | Heavy Machinery Rockwell Delta 15-665, Serial Number: 1421443, and |
| bbb. | Heavy Machinery Bridgeport Series 1, Serial Number: 74340-2. |

Beginning on June 11, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a.    Cindy Crowninshield:  A notice letter was sent via certified mail to Cindy Crowninshield at 910 Striker Ave, # B, Sacramento, CA 95834-1163 on June 13, 2016.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for by Cindy Crowninshield on June 17, 2016.

    b.    Ryan Kelly:  A notice letter was sent via certified mail to Ryan Kelly at 910 Striker Ave, # B, Sacramento, CA 95834-1163 on June 13, 2016.  The U. S. Postal Service left notice on June 15, 2016, because there was no authorized recipient available.  The envelope was "refused" on June 18, 2016 and was returned to our office on June 27, 2016.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), including all right, title, and interest of Daniel Albert Crowninshield, Cindy

Crowninshield, and Ryan Kelly whose rights to the above-listed property are hereby extinguished. The above-listed property shall be disposed of according to law.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

  4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property and submission of the Law Enforcement Gun Release Application and any associated fees to the California Department of Justice Bureau of Firearms, the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall return the following to Cindy Crowninshield through attorney Dan Brace:

    a. Ruger SR-22 pistol, 22 caliber, Serial Number: 36035799, and

    b. Walther P22 pistol, 22 caliber, Serial Number: L367248.

SO ORDERED this 7th day of March, 2017.

_____
Troy L. Nunley
United States District Judge